AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
FILED

APR 24 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Bianca Garcia RODRIGUEZ

*Defendant*

Case No. B-19-499-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **April 23, 2019** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U.S.C. § **554 and 371**, an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 3,600 rounds of .223 caliber ammunition.

This criminal complaint is based on these facts:

On April 23, 2019 Bianca Garcia RODRIGUEZ was departing the U.S. through the Brownsville and Matamoros Port of Entry at Brownsville, TX, driving a black Chevrolet Suburban. The Suburban was referred to outbound inspection. RODRIGUEZ gave Customs and Border Protection Officers (CBPOs) a negative declaration for weapons, ammunition and money. During the secondary inspection of the vehicle, 3,600 rounds of .223 caliber ammunition was discovered.

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher Roberts, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/24/2019

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*